New York Investors, Inc., Respondent, v. F. B. & W. Realty Corpora-

TION and Others, Appellants.— Order, as resettled, denying motion to dismiss complaint or, in the alternative, to strike out certain matter contained in said complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell, Scudder and Tompkins, JJ., concur.